ENTER JS-6

FILED
CLERK, U.S. DISTRICT COURT

AUG 14 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RONALD EARL GIEGER,

    Petitioner,

    v.

J. L. NORWOOD, WARDEN,

    Respondent.

)
)
)
)
)
)
)
)
)
)

Case No. CV 09-4972 DSF (AN)

JUDGMENT

      IT IS HEREBY ADJUDGED AND DECREED THAT the Petition is dismissed without prejudice for the reasons set forth in the accompanying Order.

DATED: August 14, 2009

_Dale S. Fischer_

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 17 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY